**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KHASHIR GARDNER, administrator** | : | **CIVIL ACTION** |
| **of the estate of Trent Mason, on behalf** | : | |
| **of himself and the estate of Trent Mason** | : | |
| | : | |
| **v.** | : | **NO.  24-459** |
| | : | |
| **COMMISSIONER BLANCHE** | : | |
| **CARNEY**, *et al.* | : | |

# ORDER

**AND NOW**, this 4th day of May 2026, upon considering defendants' joint motion for summary judgment (DI 137), plaintiff's opposition (DI 140), defendants' reply (DI 141), and for the reasons in the accompanying memorandum, it is **ORDERED** defendant's joint motion for summary judgment (DI 137) is **GRANTED in part** and **DENIED in part**.  We grant summary judgment in favor of Defendant Director Christopher Thomas.  Summary judgment is denied with respect to all remaining individual movant defendants and the City of Philadelphia.[1]

_____
MURPHY, J.

---

[1] We have the impression that plaintiff will not be further pursuing claims against defendants Chief of Medical Operations Herdman, Lieutenant Bynum, and Correctional Officer Ryans; the parties should file an appropriate dismissal on the docket.